**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-70T** **DATE: June 8, 2005**

**TITLE:** **UNITED STATES OF AMERICA v. JULIAN SAHAGUN RODRIGUEZ, PEDRO GONZALES, FRANKLIN SOTO PENA**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**
Adi Goldstein, AUSA
Ed Roy, Esq.
Jim McCormick, Esq.
George West, Esq.
Heather McLoughlin, Pretrial Services
Ana-Cecilia Rosado, Interpreter

**PROCEEDINGS:**

Arraignment and Detention Hearing:
Court informs defendants of rights and charges.
Court appoints counsel for all defendants.
Defendants understand rights and charges.
Defendants plead not guilty as to all counts.
Arraignment orders entered as to all defendants.
Govt argues for detention.
Defendants reserve their rights to ask for bail at a later date.
Court grants request.
Defendants remanded to custody.