AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

APPEARANCE

v.

PEDRO GONZALEZ CASE NUMBER: CR 05-70-ZT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Pedro Gonzales

I certify that I am admitted to practice in this court.

6/8/05
*Date*

[signature]
*Signature*

JAMES T. MC CORMICK 2614
*Print Name* *Bar Number*

128 DURRANCE ST
*Address*

PROV RI 02903
*City* *State* *Zip Code*

831-2970 751-1797
*Phone Number* *Fax Number*

orm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.