AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

CASE NUMBER: 05-70-03 T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Pedro Gonzales

6/24/05
*Date*

[signature]
*Signature*

Al Medici
*Print Name*

1312 Atwood Ave
*Address*

Johnston RI 02919
*City* *State* *Zip Code*

401-946-3910
*Phone Number*