UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. C. A. NO. 05-70-02T

PEDRO GONZALES

[redacted]

Now comes Defendant Pedro Gonzales who moves this Court for an order continuing the jury empanelment and other deadlines contained in the Court's pre-trial scheduling order. Empanelment is presently scheduled for July 19, 2005. The reason for this motion is that counsel was recently assigned this case, has not yet received discovery from the Government and has a client requiring the services of an interpreter, all of which factors preclude counsel's effective representation of the defendant within the time limits of the original pretrial scheduling order. Accordingly, defendant requests the deadlines in the pretrial order be extended so as to comport with an empanelment in September 2005.

DEFENDANT

By his attorneys,

McKENNA & McCORMICK

**JAMES T. McCORMICK (#2614)**
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

[redacted]

I, the undersigned, hereby certify I forwarded a copy of the within document to the following attorneys on the 27TH day of JUNE 2005:

Asst. U. S. Atty. Adi Goldstein
*Department of Attorney General*
150 South Main Street
Providence, RI 02903

Edward C. Roy, Esq.
*Federal Defender Office*
10 Weybosset Street, Suite 300
Providence, RI 02903

George J. West, Esq.
One Financial Plaza, Suite 1500
Providence, RI 02903

Kerri A. Vecoli