IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 05-70-02T |
| | ) | |
| PEDRO GONZALES | ) | |

GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION FOR CONTINUANCE

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and hereby responds to the Defendant's Motion for Continuance as follows.

The government does not object to the defendant's motion for a continuance.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

STEPHANIE S. BROWNE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 30th day of June, 2005, I mailed a true copy of the Government's Response to Defendant's Motion for Continuance, ordinary mail and postage prepaid, to:

James T. McCormick, Esq.
128 Dorrnace Street
Suite 330
Providence, Rhode Island 02903-2814

Matthew Smith, Esq.
1206 Westminster Street
Providence, RI 02909

John Verdecchia, Esq.
1206 Westminster Street
Providence, RI 02909

Paula Harvey