UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 05-70-02-T

PEDRO GONZALES

**ORDER POSTPONING EMPANELMENT**

Defendant, Pedro Gonzales, has moved to continue the empanelment of this case presently scheduled for July 19, 2005. In the absence of any objection and upon this Court's finding that the ends of justice are served by granting of such continuance and that they outweigh the interests of the public and the defendant in a speedier trial because a continuance will allow the parties to conduct the discovery and pretrial investigation required to fairly and adequately adjudicate this case, it is hereby

ORDERED

that the empanelment date in the case entitled, United States v. Pedro Gonzales, Cr. No. 05-70-02-T, is vacated, the case is scheduled for empanelment on September 20, 2005, and the time from the date of this order through September 20, 2005, is excludable under 18 U.S.C. §§ 3161(h)(7) and (8)(A).

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: July 12 , 2005