FILED
JUL 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CASE NO. 05-70T-02

PEDRO GONZALEZ

## MOTION TO WITHDRAW AS DEFENSE COUNSEL

Now comes Attorney James T. McCormick who hereby moves this Honorable Court for permission to withdraw as defendant's attorney in this matter. Defendant has obtained new representation, Attorney Albert E. Medici, Jr., who has entered his appearance for defendant.

DEFENDANT

By his attorneys,

McKENNA & McCORMICK

James T. McCormick (#2614)
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

**GRANTED**

Ernest C. Torres
Chief, US District Judge
8/9/05

Dated: 7/13/05