UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v.
: C.R. 05-70-02T
PEDRO GONZALES
:

CONSENT TO VOIR DIRE/JURY SELECTION
BY A MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(b)(3), the undersigned hereby voluntarily consent to have a Magistrate Judge rather than a District Judge conduct the voir dire and jury selection in this case.

FOR THE GOVERNMENT:

Stephanie S. Browne
Signature of AUSA

Date: 18 Oct 05

STEPHANIE S. BROWNE
Printed Name of AUSA

FOR THE DEFENDANT:

Albert E. Medici Jr.
Signature of Defense Attorney

Date: 10/18/05

Albert E. Medici, Jr.
Printed Name of Defense Attorney

Defendant must indicate consent by signing below:

Pedro Gonzales
Signature of Defendant

Date: 10/18/05

Pedro Gonzales
Printed Name of Defendant