AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

### EXHIBIT AND WITNESS LIST

United States of America V. Julian Rodrigues, et al.

CASE NUMBER: CR05-70T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Stephanie Brown, AUSA | Matthew Smith, Esq; Albert Medici, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/24/05-10/25/05 | Karen Zinni | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/24/05 | | | W-1 Michael Stephen Naylor |
| 4 | | 10/24/05 | X | FULL | Black Duffle Bag |
| 5 | | 10/24/05 | X | FULL | Black Duffle Bag |
| 14 | | 10/24/05 | X | FULL | Black Duffle Bag |
| 26 | | 10/24/05 | X | FULL | Photograph of Duffle Bag and Cocaine Packages |
| 27 | | 10/24/05 | X | FULL | Photograph of Duffle Bag and Cocaine Packages |
| 28 | | 10/24/05 | X | FULL | Photograph of Duffle Bag and Cocaine Packages |
| 3 | | 10/24/05 | X | FULL | Photograph of 64 Packages of Cocaine |
| 1 | | 10/24/05 | X | FULL | 6 Kilograms of Cocaine (Packages) |
| 6 | | 10/24/05 | X | FULL | Cell Phone 401-837-6698 |
| 7 | | 10/24/05 | X | FULL | Cell Phone 516-851-4691 |
| 15 | | 10/24/05 | | FULL | Stipulation |
| | | 10/24/05 | | | W-2 Joseph A. Colanduano |
| 9 | | 10/24/05 | X | FULL | Cell Phone 917-770-9356 |
| | | 10/24/05 | | | W-3 Daniel MacIsaac |
| 8 | | 10/24/05 | X | FULL | Cell Phone 508-264-8838 |
| 12 | | 10/24/05 | X | FULL | Puerto Rican Birth Certificate - Candelario |
| 13 | | 10/24/05 | X | FULL | Social Security Card - Candelario |
| 11 | | 10/24/05 | X | FULL | Diary from Lennox Street |
| 10 | | 10/24/05 | X | FULL | Cell Phone 347-837-3873 |
| | | 10/24/05 | | | W-4 Henry Remolina |
| | | 10/24/05 | | | W-5 Andrea Metz |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Julian Rodrigues, et al.

CASE NUMBER: CR05-70T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 17 | | 10/24/05 | X | FULL | Information Received from Cell # 401-837-6698 |
| 18 | | 10/24/05 | X | FULL | Information Received from Cell # 516-851-4691 |
| 19 | | 10/24/05 | X | FULL | Information Received from Cell # 508-264-8838 |
| 20 | | 10/24/05 | X | FULL | Information Received from Cell # 917-770-9356 |
| 21 | | 10/24/05 | X | FULL | Information Received from Cell # 347-837-3873 |
| 2 | | 10/24/05 | X | FULL | T-Mobile Records - Phone 917-770-9356 |
| 22 | | 10/24/05 | X | FULL | Chart of Calls to/from 718-508-2534 |
| 23 | | 10/24/05 | X | FULL | Chart of Calls to/from 401-699-3943 |
| 24 | | 10/24/05 | X | FULL | Chart of Calls to/from 401-359-4068 |
| 25 | | 10/24/05 | X | FULL | Chart of Calls to/from 917-770-9356 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |