**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. Cr. No. 05-70T

JULIAN SAHAGUN RODRIGUEZ, ET AL.

**VERDICT**

WE THE JURY FIND AS FOLLOWS: (Check one for each charge)

| AS TO PEDRO GONZALEZ | Guilty | Not Guilty |
|---|---|---|
| Count I - Conspiracy to distribute, or to possess with intent to distribute, more than five kilograms of a mixture or substance containing a detectable amount of cocaine: | ✓ | |
| Count II - Possession of more than five kilograms of a mixture or substance containing a detectable amount of cocaine, with intent to distribute it: | ✓ | |

| AS TO FRANKLIN SOTO PENA | Guilty | Not Guilty |
|---|---|---|
| Count I - Conspiracy to distribute, or to possess with intent to distribute, more than five kilograms of a mixture or substance containing a detectable amount of cocaine: | | ✓ |

Signature of foreperson:

Date: 10/25/05