**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO.** ***05-70T-02*** |
| | : | |
| **PEDRO GONZALES** | : | |

NOTICE OF APPEAL

Now comes the Defendant, Pedro Gonzales, pro se, and hereby appeals his October 26, 2006 conviction on Count I and Count II of the instant indictment, and hereby appeals the sentence imposed by Chief Justice C. Ernest Torres on February 10, 2006.

Respectfully submitted,
**Defendant, PEDRO GONZALES,**
Pro Se,

Pedro Gonzalez (s/f)
PEDRO GONZALES