# NOTICE OF APPEAL
**United States District Court**
**District of Rhode Island**

**United States of America** )
)
)
**V.** )
)
)
**Pedro Gonzales** )

**DokectNo. CR 05-00070-01 T**
**Judge Ernest C. Torres**
**-------------------------**
**(Distric Court Judge)**

Notice is hereby given that **Pedro Gonzales** appeals to the United States Court of Appeals for the First Circuit from the judgment [ X ], other [ pro se ].
entered in this action on 2-16-2006. (date)
Offense occurred after November 1, 1987 Yes [ X ] No [ ]
This appeal concerns: Conviction only [ ] Sentence only [ X ] No [ ]
I am ordering a transcript
Sentencing 2-10-2006

Date 2-16-2006
To AUSA Stephanie Browne
50 Kennedy Plaza -8th Floor
Providence, Rhode Island 02903

Respectfully submitted this 16 th day of Febrary 2006

**June Maria Carlton**
**Notary Public**
**My Commission Expires 4/2/2006**
**State of Rhode Island**

Sincerely

PEDRO GONZALES

Pedro Gonzales
**Donald W. Wyatt Detention**
**950 High Street**
**Central Falls, RI 02863**

June Maria Carlton