MANDATE

05-00070
USDC/RI
Torres, J

# United States Court of Appeals
## For the First Circuit

No. 06-1390

UNITED STATES
Appellee

v.

PEDRO GONZALES
Defendant - Appellant

### JUDGMENT

Entered: April 25, 2006
Pursuant to 1st Cir. R. 27(d)

By order entered March 13, 2006, appellant was directed to show cause in writing as to why this appeal should not be dismissed as duplicative of Appeal No. 06-1389. Appellant was warned that failure to respond by March 27, 2006 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b). Defendant's appeal shall proceed under No. 06-1389.

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 5/19/06

[cc: Albert E. Medici, Esq., Adi Goldstein, AUSA, Stephanie Brown, AUSA]