# United States Court of Appeals
## For the First Circuit

No. 06-1389

UNITED STATES
Appellee

v.

PEDRO GONZALES
Defendant - Appellant

**TRANSCRIPT NOTICE**

Issued: June 15, 2006

Our records show that the transcript of the October 24, 2005 opening statement, October 24, 2005 and October 25, 2005 trial proceedings, October 25, 2005 closing arguments and October 26, 2005 jury instructions, in Cr. No. 05-00070 (D. N.H.), ordered on April 10, 2006, has not been filed. The transcript was due on June 9, 2006, and the order has been pending 61 days. By this notice, we ask that if you have filed the transcript in the district court, that you so notify us by promptly returning the Certification of Filing Transcript form.

If the transcript has not been completed, you must notify the court of appeals by filing a motion for an extension of time indicating why it has not been completed and when you expect to have it finished. Unless you file the completed transcript or a motion for an extension of time, you will be subject to an order to show cause from this court.

An order to show cause will be issued if you fail to take one of the actions described above by **June 29, 2006.**

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

[To: Karen Zinni, Court Reporter]
[Certified Copies: Honorable Ernest C. Torres, David DiMarzio, Clerk, United States District Court for the District of Rhode Island]
[cc: Connie Zinni, Court Reporter Supervisor, Albert E. Medici, Esq., Adi Goldstein, AUSA, Stephanie Brown, AUSA, Donald Lockhart, AUSA]